UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-20376-DPG

**RAYVICK DEYA**,

    Plaintiff,

v.

**FLGREEN LLC,
and FELIX ALVAREZ, individually**,

    Defendants.

_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court on the parties' Joint Motion for Approval of the Parties' Settlement and for Dismissal with Prejudice (the "Motion"), [ECF No. 15]. Being fully advised, it is **ORDERED** and **ADJUDGED** that

The Motion is **GRANTED**. The Settlement Agreement is **APPROVED,** and this matter is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees, costs, and disbursements except as otherwise agreed upon by the parties. The Court shall retain jurisdiction for ninety (90) days to enforce the terms of the settlement agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of April, 2023.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record